934

No. 475. SAMUELS, TRUSTEE, *v.* KOCKOS BROTHERS, LTD. C. A. 9th Cir. Certiorari denied. *Allen M. Singer* for petitioner.

No. 477. CITY OF PHILADELPHIA *v.* COHEN. Court of Appeals of New York. Certiorari denied. *Mortimer B. Wolf, David Berger* and *Shirley Fingerhood* for petitioner. *John L. Freeman* for respondent. *Leo A. Larkin, Stanley Buchsbaum* and *Morris L. Heath* for the City of New York, as *amicus curiae,* in support of the petition.

No. 478. STRATTON ET AL. *v.* DALY. C. A. 7th Cir. Certiorari denied. *William G. Clark,* Attorney General of Illinois, and *William C. Wines, Raymond S. Sarnow, A. Zola Groves* and *Edward A. Berman,* Assistant Attorneys General, for petitioners.

No. 495. INTERNATIONAL ASSOCIATION OF MACHINISTS, AFL–CIO, ET AL. *v.* CENTRAL AIRLINES, INC. Court of Civil Appeals of Texas, Second Supreme Judicial District. Certiorari denied. *Charles J. Morris* and *Plato E. Papps* for petitioners. *Luther Hudson* for respondent.

No. 497. MALAT ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied. *George T. Altman* for petitioners. *Solicitor General Cox, Assistant Attorney General Oberdorfer, I. Henry Kutz* and *Morton K. Rothschild* for respondent.

No. 501. HIGH FIDELITY RECORDINGS, INC., *v.* AUDIO FIDELITY, INC. C. A. 9th Cir. Certiorari denied. *John Joseph Hall* for petitioner. *Ford W. Harris, Jr.* for respondent.